IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DUDA et al.,** | : | |
| *Plaintiffs*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **STANDARD INSURANCE CO. et al.,** | : | **No. 12-1082** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 30th day of April, 2015, upon consideration of Standard Insurance Company's ("Standard's") Motion for Summary Judgment (Docket Nos. 266, 267, 270), Plaintiffs' Motion for Summary Judgment Against Standard (Docket Nos. 268, 269), Lincoln National Life Insurance Company's ("Lincoln's") Motion for Summary Judgment (Docket Nos. 286, 287), Standard's Response in Opposition to Plaintiffs' Motion for Summary Judgment (Docket No. 278, 282), Plaintiffs' Responses in Opposition to Standard's and Lincoln's Motions for Summary Judgment (Docket Nos. 280, 307), Plaintiffs' Reply in Support of Their Motion for Summary Judgment (Docket No. 283), Lincoln's Reply in Support of Its Motion for Summary Judgment (Docket No. 315), and Supplemental Filings by Plaintiffs (Docket No. 319), Standard (Docket No. 320), and Lincoln (Docket No. 321), and the parties' other submissions to the Court, and following oral argument on February 6, 2015, for the reasons set forth in the Court's Opinion of even date, **the Court hereby ORDERS** that:

1. Standard's Motion for Summary Judgment (Docket No. 266) is **GRANTED**;

2. Lincoln's Motion for Summary Judgment (Docket No. 286) is **GRANTED**;

3. Plaintiffs' Motion for Summary Judgment (Docket No. 269) is **DENIED**;

4. The captioned case is **DISMISSED**; and

5. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge